United States District Court
Southern District of Texas
**ENTERED**
April 24, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ESMERALDA SANCHEZ, JUAN SANCHEZ, MARTHA GARCIA and ELIZABETH PERALTA, On Behalf of Themselves and All Others Similarly Situated, | § § § § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:17-cv-1048 |
| v. | § § | |
| SHIPLEY DO-NUT FLOUR & SUPPLY CO., INC., SHIPLEY HOLDING COMPANY, AND LAWRENCE W. SHIPLEY, III | § § § § § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Voluntary Dismissal With Prejudice of all claims asserted by Plaintiffs Esmeralda Sanchez, Juan Sanchez, Martha Garcia and Elizabeth Peralta ("Plaintiffs") against Defendants Shipley Do-Nut Flour & Supply Co., Inc., Shipley Holding Company and Lawrence W. Shipley, III ("Defendants") in the above-styled and numbered action. Pursuant to the parties' Stipulation, it is hereby **ORDERED** that all of Plaintiffs' claims against Defendants in this lawsuit are **DISMISSED WITH PREJUDICE** to Plaintiffs' right to refile same or any part thereof.

It is further **ORDERED** that all costs of court are borne by the party incurring same.

SIGNED in Houston, Texas on this 24th day of April, 2019.

_____
**SIM LAKE**
**UNITED STATES DISTRICT JUDGE**